Nazo Koulloukian, SBN 263809
nazo@koullaw.com
Hilary Silvia, Of-Counsel, SBN 237993
hilary@koullaw.com
**KOUL LAW FIRM**
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Telephone: (213) 761-5484
Facsimile: (818) 561-3938

Attorneys for Plaintiff,
CRISTINA CHAIREZ, on behalf of herself,
all putative class members, aggrieved employees
and the State of California as a
Private Attorneys General

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA CHAIREZ, on behalf of herself, all putative class members, aggrieved employees, and the State of CA as a Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>RICH PRODUCTS CORPORATION, a Delaware Corporation; RICH HOLDINGS INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants.<br>_____ | Case No.: 2:21-cv-05977<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

---

JOINT STIPULATION TO DISMISS - 1

NOW COME THE PARTIES by and through their attorneys of record to respectfully move this Honorable Court to dismiss this entire action without prejudice pursuant to FRCP 41(a)(1)(A)(i) and (ii).

WHEREAS Plaintiff filed a Complaint in this action on June 9, 2021, in the Los Angeles Superior Court;

WHEREAS Defendant RICH PRODUCTS CORPORATION ("Rich Products") removed this case to federal court on July 23, 2021;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") in this action on September 13, 2021 in this Court;

WHEREAS, on September 13, 2021, Defendant filed a Notice of Related Cases alerting the Court of the then pending cases, including *Jaime E. Estrada as an individual and on behalf of all similarly situated employees v. BaronHR, Inc; BaronHR Technical LLC; BaronHR-Vensure, LLC; BaronHR, LLC; Personnel Staffing Group, LLC; Innovative Baking LLC DBA Venice Bakery; Rich Products Corporation; Vensure HR, Inc. et al.*, Case No. 19STCV35043, which was filed on October 2, 2019 and assigned to the Honorable Yvette M. Palazuelos ("Estrada Action");

WHEREAS, on October 14, 2021, Defendant filed a Motion to Strike Plaintiff's FAC;

WHEREAS, on June 30, 2022, the Parties mediated this matter on a class wide basis and were able to reach resolution;

WHEREAS, on September 12, 2022, parties to the Estrada Action filed a Joint Stipulation to allow the filing of a Third Amended Complaint, which added Plaintiff Cristina Chairez as a named plaintiff to the Estrada Action, and incorporated all claims she has alleged in this action. As the Estrada Action was the first filed action,

the Parties determined that bringing all parties and claims before the Estrada Action court for purposes of settlement approval would further judicial economy.

WHEREAS, on September 15, 2022, the Third Amended Complaint in the Estrada Action was deemed filed.

WHEREAS, on September 21, 2022, this Court granted in part Defendant's motion to strike Plaintiff's FAC, striking Plaintiff's seventh cause of action from the FAC and ordered Defendant to file a response to the FAC within 21 days of the Order;

WHEREAS, Defendant has not filed an answer or a motion for summary judgment. No default has been entered;

WHEREAS, pursuant to FRCP 41(a)(1)(A)(i), an action may be dismissed without leave of court where the plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Pursuant to FRCP 41(a)(1)(A)(ii), an action may also be dismissed without leave of court where the parties stipulate to dismissal;

WHEREAS, Rule 41(a)(1) is limited by Rule 23(e), governing settlement or dismissal of certified class actions. However, because this action has not been certified as a class action, Rule 23(e) review of any settlement or dismissal is inapplicable and unnecessary. *See* Fed. R. Civ. P. 23(e) adv. comm. notes, 2003 amdts. at ¶ 16 ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise"); *Del Rio v. CreditAnswers, LLC*, 2011 WL 1869881 at *2 (S.D.Cal. No. 10CV346-WQH-BLM, May 16, 2011); *Ramirez v. Cintas Corp.*, 2009 WL 921629 (N.D.Cal. No. C04-00281-JSW, April 3, 2009); *accord* 2 McLaughlin on Class Actions § 6:1 (update Dec. 2013) ("Because putative class members are not bound by any proceedings in a purported class action prior to a ruling on class

certification, the new rule does not require that they receive notice of a proposed dismissal of a putative class action."). Moreover, because all claims alleged in this action have been incorporated into the Estrada Action, the interests of absent putative class members are protected.

THEREFORE, Plaintiff and Defendant hereby stipulate and request that the Court enter the proposed order dismissing the entire action without prejudice.

Dated: October 13, 2022            HIRSCHFELD KRAEMER LLP

                                   By:  /s/ Monte K. Grix
                                        Monte K. Grix
                                        Derek Ishikawa
                                        Ferry E. Lopez
                                        Anna T. Pham
                                   Attorneys for Defendant
                                   RICH PRODUCTS CORPORATION
                                   and RICH HOLDINGS, INC.

Dated: October 13, 2022            KOUL LAW FIRM

                                   By: /s/ Nazo Koulloukian
                                        Nazo Koulloukian
                                   Attorneys for Plaintiff
                                   CRISTINA CHAIREZ

# **ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 13, 2022                KOUL LAW FIRM


By: */s/ Nazo Koulloukian*
Nazo Koulloukian
Attorneys for Plaintiff
CRISTINA CHAIREZ