JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CHAIREZ,<br><br>                Plaintiff,<br><br>    v.<br><br>RICH PRODUCTS CORPORATION, et al.,<br><br>                Defendants. | Case No. 2:21-cv-05977-FLA (PDx)<br><br>**ORDER DISMISSING ACTION [DKT. 30]** |

1    On October 13, 2022, Plaintiff Christina Chairez ("Plaintiff") filed a Joint Notice of Settlement and Stipulation to Dismiss Entire Action Without Prejudice ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 30. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: October 18, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2